UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 85CR252-LAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FERNANDO HARMSEN-ANDRESS(77), | |
| Defendant. | |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 846 - Conspiracy to Possess Cocaine with Intent to Distribute (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/2011

*Larry A. Burns*
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE